ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XUE YANG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BENJAMINE HUFFMAN[1], Acting Secretary, United States Department of Homeland Security, *et al.*,<br><br>　　　　　Defendants. | C 3:24-cv-08151-JSC<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 4, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1.　　Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and for Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") has scheduled the asylum interview to take place on May 7, 2025. USCIS agrees to work

---

[1] Benjamine Huffman is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stip. to Stay Proceedings
C 3:24-cv-08151-JSC                                                     1

1  diligently towards completing adjudication of Plaintiff's application, absent the need for further
2  adjudicative action or unforeseen circumstances that would require additional time for adjudication.
3       2.    Plaintiff agrees to submit all supplemental documents and evidence no later than seven to
4  ten days prior to the interview, pursuant to USCIS policy. Plaintiff agrees that the failure to timely
5  submit this evidence may result in the rescheduling of the interview at no fault of USCIS.
6       3.    If needed by Plaintiff or her dependent(s), Plaintiff shall bring her own interpreter to her
7  asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-
8  provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to her
9  interview may result in the interview being rescheduled at no fault of USCIS.
10      4.    Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss this case.
11      5.    The parties agree to bear their own attorney fees and costs.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 4, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 24, 2025                    Respectfully submitted[2],

                                           ISMAIL J. RAMSEY
                                           United States Attorney


                                            /s/ Elizabeth D. Kurlan
                                           ELIZABETH D. KURLAN
                                           Assistant United States Attorney
                                           Attorneys for Defendants

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Stip. to Stay Proceedings
C 3:24-cv-08151-JSC                              2

1  Dated: January 24, 2025

2                                                                          /s/ *Justin Wang*
                                                                        JUSTIN WANG
3                                                                          Baughman & Wang, Pc
                                                                        Attorney for Plaintiff

4

5                                        **[~~PROPOSED~~] ORDER**

6     Pursuant to stipulation, IT IS SO ORDERED.

7

8  Dated: January 27, 2025

9                                        HON. JACQUELINE SCOTT CORLEY
                                      United States District Judge

Stip. to Stay Proceedings
C 3:24-cv-08151-JSC                                  3